UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MANUEL CONTRERAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:18-cv-1748-LCB |
| ) | |
| THE CITY OF HANCEVILLE ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. | |

## ORDER OF DISMISSAL

This Court held a status conference in this matter on January 15, 2020. During the hearing, in open court and on the record, the parties informed the Court that the issues embraced in this case had been resolved by settlement and moved to dismiss the case with prejudice. The Court granted the motion. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file. Costs are taxed as paid.

**DONE** and **ORDERED** January 17, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE